IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS GEORGIA DIVISION



Charles W. Beck :
Annette S. Beck :
_____ :
:
: 3:16-cv-2
:
vs. :
:
:
Bank of America Home Loans :
:
_____

COMPLAINT

Now comes the above plaintiff and shows the Court the following:

1.
Plaintiff's Residence Address:
2478 Vineyards Creek Church Road
Comer, Georgia 30629-1914

2.
Defendant's Address:
NCI-007-5816
100 N Tryon Street
Charlotte, North Carolina 28255-0001

**3.**

Bank of America Home Loans committed Mortgage Fraud (predatory lending), and acted in an unfair, deceptive, and fraudulent manner during the loan origination process and closing of Mortgage Loan

12 U.S Code 2605- Servicing and Administration of Escrows

18 U.S. Code 1014- Loan and Credit Application

18 U.S. Code 1028- Fraud and related activity in connection with Identification of documents, authentication features, and Information

**4.**

Bank of America Home Loans originated, processed, closed and funded a Predatory, Fraudulent Mortgage Loan to the Becks. The payments were too high at that time and are too high today. Presently, continuing till today Bank of America Home Loan continues to deny a modification to a more affordable payment, but they continue to accumulate various monthly charges against the Becks.

**5.**

The Becks are requesting a Summary Judgment Award of $500,000.00 and Injunction Relief :

Name: Charles W. Beck
Annette S. Beck

Address: 2478 Vinway Sandy Creek Church Rd
Comer, GA 30629-1914

Phone: 1-(706) 783-5543

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Charles W. Beck, Annette S. Beck vs. Bank of America Home Loans was mailed/delivered to Bank of America Home Loans at NC1-007-5816 - 100 N. Tryon Street, Charlotte, North Carolina 28255-0001

Terry L. Sanders (ATP)
c/o Charles W. Beck
P.O. Box #674 - Woodstock, GA 30188
(404) 276-1789